401 and *Mr. Herbert J. Goudge* for appellants in No. 415.  *The Attorney General* and *Mr. Assistant-Attorney General Sanford* for appellee.

No. 18, Original. *Ex. parte:* IN THE MATTER OF FERNANDO VAZQUEZ MORALES ET AL.; PETITIONERS. Motion for leave to file submitted April 8, 1907. Decided April 15, 1907. Motion for leave to file petition for appeal granted, and appeal allowed on appellants filing bond in the penal sum of $1,000, conditioned according to law, to be approved by the Supreme Court of Porto Rico. *Mr. Charles C. Lancaster* and *Mr. Herbert E. Smith* for petitioners.

Nos. 502 and 503. WILLIAM McCOACH, COLLECTOR, ETC., PETITIONER, *v.* THE PHILADELPHIA TRUST, SAFE DEPOSIT AND INSURANCE COMPANY ET AL., EXECUTORS, ETC.; and No. 504. WILLIAM McCOACH, COLLECTOR, ETC., PETITIONER, *v.* GEORGE W. NORRIS ET AL., EXECUTORS, ETC. On writs of certiorari to the United States Circuit Court of Appeals for the Third Circuit. Argued April 15 and 16, 1907. Decided April 22, 1907. Judgments affirmed with costs by a divided court, and causes remanded to the Circuit Court of the United States for the Eastern District of Pennsylvania. No. 505. THE UNITED STATES, PETITIONER, *v.* THE MARION TRUST COMPANY, TRUSTEE, ETC. On writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit. Argued April 15 and 16, 1907. Decided April 22, 1907. Judgment affirmed by a divided court, and cause remanded to the District Court of the United States for the District of Indiana. *The Attorney General, The Solicitor General* and *Mr. J. C.. McReynolds* for the petitioners. *Mr. H. Gordon McCouch* for respondents in Nos. 502, 503 and 504. *Mr. Morris M. Townley* and *Mr. E. W. Bradford* for respondent in No. 505.